

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

**FILED**
SEP 10 2020
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

| | |
|---|---|
| UNITED STATES OF AMERICA ) | No. **20 CR 613** |
| v. ) | |
| ) | Violation: Title 18, United States |
| HERIBERTO CARBAJAL-FLORES ) | Code, Section 922(g)(5)(A) |
| ) | |

JUDGE COLEMAN

MAGISTRATE JUDGE VALDEZ

The SPECIAL MAY 2019 GRAND JURY charges:

On or about June 1, 2020, at Chicago, in the Northern District of Illinois, Eastern Division,

HERIBERTO CARBAJAL-FLORES,

defendant herein, knowing that he was an alien illegally and unlawfully in the United States, did knowingly possess, in and affecting interstate and foreign commerce, a firearm, namely, a loaded Raven Arms MP-25 .25 caliber semi-automatic pistol bearing serial number 694179, which firearm had traveled in interstate commerce prior to defendant's possession of the firearm;

In violation of Title 18, United States Code, Section 922(g)(5)(A).

## FORFEITURE ALLEGATION

The SPECIAL MAY 2019 GRAND JURY further alleges:

1. Upon conviction of an offense in violation of Title 18, United States Code, Section 922(g), as set forth in this Indictment, defendant shall forfeit to the United States of America any firearm and ammunition involved in and used in the offense, as provided in Title 18, United States Code, Section 924(d)(1) and Title 28, United States Code, Section 2461(c).

2. The property to be forfeited includes, but is not limited to, a Raven Arms MP-25 .25 caliber semi-automatic pistol bearing serial number 694179, and associated ammunition.

A TRUE BILL:

_____
FOREPERSON

_____
signed by Timothy Storino on behalf of the
UNITED STATES ATTORNEY