# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.1
### Eastern Division

UNITED STATES OF AMERICA

                                   Plaintiff,

v.                                                         Case No.: 1:20–cr–00613
                                                              Honorable Sharon Johnson Coleman

Heriberto Carbajal–Flores

                                 Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, February 28, 2024:

      MINUTE entry before the Honorable Sharon Johnson Coleman as to Heriberto Carbajal–Flores: Status hearing held on 2/28/2024. Brief oral argument held as to defendant's renewed second motion to dismiss indictment under the Second Amendment of the U.S. Constitution [83]. The matter is taken under advisement. Time is excluded pursuant to 18 U.S.C. § 3161(h)(7)(B)(i) with no objections. Mailed notice. (ym)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.