IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

UNITED STATES OF AMERICA
    Plaintiff,

Case No. 20CR613

v.

Heriberto Carbajal-Flores,
    Defendant.

## **DEFENDANT'S MOTION TO MODIFY CONDITIONS OF RELEASE**

NOW COMES the Defendant Heriberto Carbajal-Flores asking for the conditions of his release to be removed while the instant appeal remains pending, and in support states the following:

1.    This case had been pending before the District Court, and on October 28, 2020, this Court set pretrial release conditions including a curfew and restrictions on out-of-state travel.

2.    This Court dismissed the indictment on March 8, 2024, and the Government filed a timely appeal to the Seventh Circuit which remains pending.

3.    Defendant would like the pretrial conditions set on October 28, 2020, to be removed while the appeal is pending.

4.    The undersigned counsel conferred with Government counsel on August 6, 2024, who indicated they do not have an objection to this motion.

WHEREFORE for the reasons mentioned herein Defendant respectfully requests this Court enter an Order removing all pretrial conditions in this matter while the appeal remains pending.

    DATED: August 6, 2024

Respectfully Submitted

*/s/ Jacob Briskman*

Jacob Briskman

Jacob S. Briskman, Attorney-At-Law
2624 W Fullerton Ave.
Chicago, IL 60647
Tel: (312) 945-6207
jacob.briskman@gmail.com
Counsel for Defendant

**CERTIFICATE OF ELECTRONIC SERVICE**

The undersigned hereby certifies that he is an attorney of record for the Defendant and registered to file in the ECF system and that on August 6, 2024 he served an electronic copy of the above and foregoing **Motion** by electronic service (ECF) to the Assistant United States Attorney assigned on this case who is registered on ECF in this case to receive EService of all documents.

/s/Jacob S. Briskman
Jacob S. Briskman
Attorney-at-Law
2624 W Fullerton Ave.
Chicago, IL 60647
Ph- (312) 945-6207
Fax- (773) 442-2117
jacob.briskman@gmail.com